KRISTINA S. HOLMAN #3742
1100 East Bridger Ave.
Las Vegas, Nevada 89101
Tel: (702) 614-4777
Fax: (702) 255-4779
Email: kholmanlaw@gmail.com

Attorney for Plaintiff,
ANA CHAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANA A. CHAN,<br><br>        Plaintiff,<br><br>vs.<br><br>TREASURE ISLAND CORP., a Nevada corporation, ROE CORPORATIONS I through X, inclusive; and DOES 1 through X, inclusive<br><br>        Defendants. | Case No. 2:08-cv-00193-KJD-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HERBY STIPULATED AND AGREED, by and between Plaintiff Ana A. Chan and Defendant Treasure Island Corporation, a Nevada Corporation through their attorneys of record that the above-entitled matter be dismissed in its entirety with

/ / /

/ / /

/ / /

Page 1

1  prejudice. Each party is to bear her/its own attorneys' fees and costs.

2  DATED: June 9, 2008.                    DATED: June 2nd, 2008

3  KRISTINA HOLMAN                         TREASURE ISLAND CORP.

5  By: /s/ Kristina J. Holman              By: /s/ Mark Russell
6  Kristina S. Holman  #3742               Mark W. Russell    #2784
   Attorney for Plaintiff                  Attorney for Defendants

## ORDER FOR DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice with each party to bear her/its own attorneys' fees and costs.

DATED this _____ day of June, 2008.

_____
U. S. DISTRICT COURT JUDGE

Respectfully submitted by:

_____
Kristina S. Holman, # 3742
1100 East Bridger Avenue
Las Vegas NV  89101
Attorney for Plaintiff, Ana A. Chan